IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADRIAN MELGOZA, | NO. C 05-00782 JW |
|       Petitioner(s), | **ORDER OF DISMISSAL** |
|   v. | |
| CHIEF DEPUTY WARDEN RICHARD KIRKLAND, | |
|       Respondent(s). | |

On February 23, 2005, petitioner filed this pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. That same day, the court sent a notification to petitioner informing him that he had neither paid the filing fee nor submitted a completed application for leave to proceed in forma pauperis. The court provided a copy of the correct in forma pauperis application, along with a return envelope, and a notification that the case would be dismissed if petitioner failed to pay the fee or file the completed application within thirty days. Although the court received a letter from petitioner inquiring about the status of his case, the court has not received the filing fee or a completed application for leave to proceed in forma pauperis. Accordingly, this case is DISMISSED without prejudice for failure to pay the filing fee. The clerk shall close the file.

Dated: May _3_, 2006

                                              JAMES WARE
                                              United States District Judge

Order of Dismissal
P:\PRO-SE\SJ.Jw\HC.05\melgozadismissal.wpd

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Adrian Melgoza
Pelican Bay State Prison
P. O. Box 7500
Crescent City, Ca 95532

**Dated: May _3_, 2006**                    **Richard W. Wieking, Clerk**

                              **By:   /s/JW Chambers**
                                     **Melissa Peralta**
                                     **Courtroom Deputy**

Order of Dismissal
P:\PRO-SE\SJ.Jw\HC.05\melgozadismissal.wpd